STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant YOUNGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 03-0045 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| CLYDELL YOUNGER, | ) | |
| Defendant. | ) | Honorable Maxine M. Chesney |

| | |
|---|---|
| 1 | At the last appearance in the above-referenced matter on July 25, 2012, the supervised release |
| 2 | conditions for Defendant Clydell Younger were modified to include residential drug treatment for up |
| 3 | to 90 days at the direction of the U.S. Probation Office, and a status conference was set for October |
| 4 | 24, 2012.  However, undersigned counsel for Mr. Younger is no longer able to attend the scheduled |
| 5 | October 24 hearing since he will be recovering from back surgery.  Accordingly, with the |
| 6 | concurrence of U.S. Probation Officer Darnell Hammock, the parties stipulate and jointly request |
| 7 | that the status conference be continued to Wednesday, November 28, 2012, at 2:15 p.m., the soonest |
| 8 | available date for the parties and the Court. |

IT IS SO STIPULATED.

DATED:   10/16/12

_____/s/_____
ARVON PERTEET
Assistant United States Attorney

DATED:   10/16/12

_____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Clydell Younger

IT IS SO ORDERED.

DATED:   October 17, 2012

_____
MAXINE M. CHESNEY
United States District Judge

*U.S. v. Younger*, CR 03-0045 MMC
STIP. & PROP. ORDER           1